AO91 (Rev. 12/03) Criminal Complaint      **FELONY**      AUSA

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

MAY - 5 2019

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
|---|---|
| vs. | |

Moises Martin RIVERA-Garcia
 A094 806 097 Mexico
AKA Ivan ALVAREZ-Sotelo,Ivan ALAREZ-Sotelo,Moises
GARCIA,Moises Martin GARCIA,Alejandro MARTINEZ,
Daniel ORTEGA,Moises RIVERA-Garcia,Ivan Alarez
SOTELO

Case Number: B-19- **MJ-548**

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about    May 03, 2019    in    Cameron    County, in

the     Southern District Of Texas     defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title    8    United States Code, Section(s)    1326(a)(1)/(b)(1)   

I further state that I am a(n)    Border Patrol Agent    and that this complaint is based on the

following facts:
The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on May 03, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on 05/08/2014. The defendant was convicted of Illegal Re-entry After Previous Deportation on 01/12/2009. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $53.00 USD $300.00 MXN pesos at time of arrest.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

Signature of Complainant

**Quintanilla, Adalberto    Border Patrol Agent**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested

May 05, 2019      at    Brownsville, Texas
Date            City/State

Ronald G. Morgan      U.S. Magistrate Judge
Name of Judge      Title of Judge      Signature of Judge